**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TRINITY LOGISTICS, INC. <br> On its own behalf and <br> As subrogee and assignee of <br> Blattner Energy <br> P.O. Box 1620 <br> Seaford, DE 19973 <br><br> -V- <br><br> AMERICAN TRUCK & EQUIPMENT SALES, LLC <br> 126 Southview Court <br> Branson, Missouri 65616 | CIVIL ACTION <br><br> DOCKET NO. |

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, Plaintiff, Trinity Logistics, Inc. makes the following disclosure:

1. Said corporate party NOT a subsidiary or affiliate of a publicly owned corporation.

2. There is NO publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation.

Respectfully Submitted,

BIGGS & GUNST P.C.

BY: _____
Scott R. Gunst, Jr. (PA Bar: 314520)
Brandon M. Biggs (P79722)
3830 Packard Street, Suite 240
Ann Arbor, MI 48108
Tel: 734-263-2320
Fax: 734-263-2323
reception@biggsgunst.com
Attorneys for Plaintiff

Dated: October 8, 2021